| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GLASSER, ISRAEL L. | UNITED STATES DISTRICT COURT | 05/06/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U.S. DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| UNITED STATES COURTHOUSE <br> 225 CADMAN PLAZA EAST <br> BROOKLYN, NEW YORK 11201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council | ▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | NYS Employee's Retirement System | $8357.16 |
| 2. 2010 | TIAA Retirement Annuity | $36000. |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/06/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Tel. & Tel. | A | Dividend | L | T | | | | | |
| 2. AT&T | A | Dividend | K | T | | | | | |
| 3. Alcatel Lucent | A | Dividend | J | T | | | | | |
| 4. P.P. & L. | A | Dividend | J | T | | | | | |
| 5. Dayton P & L | A | Dividend | J | T | | | | | |
| 6. Chevron Texaco Corp. | C | Dividend | L | T | | | | | |
| 7. Nuveen Growth & Inc. Fd. (Large Cap. Value) | A | Dividend | K | T | | | | | |
| 8. Rochester Municipals | A | Dividend | J | T | | | | | |
| 9. Rochester Ltd. Term | B | Dividend | K | T | | | | | |
| 10. Burlington Northern Santa Fe | A | Dividend | | | Sold | 03/05/10 | L | F | |
| 11. Exxon Mobil | D | Dividend | N | T | Sold (part) | 04/01/10 | L | E | |
| 12. General Electric | A | Dividend | K | T | | | | | |
| 13. Conoco Phillips | A | Dividend | K | T | | | | | |
| 14. Norfolk Southern | B | Dividend | K | T | | | | | |
| 15. Pepsico,Inc. | B | Dividend | M | T | | | | | |
| 16. Scana Corp. | B | Dividend | K | T | | | | | |
| 17. Washington Gas & Light | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Tax Ex. U. Tr. Ser. 202 | B | Interest | K | T | | | | | |
| 19. Ferris Baker Res. Fd | D | Interest | M | T | | | | | |
| 20. U.S. Treas. Bills | D | Interest | M | T | | | | | |
| 21. HSBC | A | Interest | L | T | | | | | |
| 22. TIAA/CREF Mutual Fund | A | Dividend | M | T | | | | | |
| 23. State of Israel | A | Interest | J | T | | | | | |
| 24. CMA NY Mun | A | Interest | J | T | | | | | |
| 25. Verizon | B | Dividend | L | T | | | | | |
| 26. Quest | A | Dividend | J | T | | | | | |
| 27. Axa | A | Dividend | J | T | | | | | |
| 28. Nuveen NY Div MCPL | A | Dividend | J | T | | | | | |
| 29. Merrill Lynch Bkg Adv | A | Dividend | K | T | | | | | |
| 30. AVAYA | A | Dividend | J | T | | | | | |
| 31. IBM | A | Dividend | J | T | | | | | |
| 32. Microsoft | A | Dividend | J | T | | | | | |
| 33. Vodafone | A | Dividend | J | T | | | | | |
| 34. Agere | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Comcast | A | Dividend | J | T | | | | | |
| 36. GE Capital Corp. SRNOTE 5.815 | A | Interest | L | T | | | | | |
| 37. American Capital | A | Dividend | J | T | | | | | |
| 38. Blackrock Global formerly ML Global Alloc. | A | Dividend | J | T | | | | | |
| 39. Mutual Discovery | A | Dividend | J | T | | | | | |
| 40. AT&T Pfd. Sr. Note | C | Distribution | L | T | | | | | |
| 41. American Growth Fund | A | Dividend | J | T | | | | | |
| 42. AIM Charter Fund | A | Dividend | J | T | | | | | |
| 43. Southern Co. | A | Dividend | K | T | | | | | |
| 44. AT&T | A | Dividend | K | T | | | | | |
| 45. Verizon | A | Dividend | K | T | | | | | |
| 46. Sysco Corp. | A | Dividend | K | T | | | | | |
| 47. Southern Co. | A | Dividend | K | T | | | | | |
| 48. Aqua | A | Dividend | | | Sold | 08/05/10 | K | D | |
| 49. Kraft Food 6.125% | A | Interest | L | T | Buy | 01/04/10 | L | | |
| 50. Verizon 6.1% | A | Interest | L | T | Buy | 03/11/10 | L | | |
| 51. Burlington Northern 4.7% | A | Interest | L | T | Buy | 03/11/10 | L | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/06/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Goldman Sachs 5.375% | A | Interest | K | T | Buy | 05/13/10 | K | | |
| 53. General Electric 5.25% | A | Interest | L | T | Buy | 05/13/10 | L | | |
| 54. Proctor & Gamble | A | Dividend | K | T | Buy | 08/05/10 | K | | |
| 55. Nucor | A | Dividend | K | T | Buy | 10/28/10 | K | | |
| 56. Abbott Labs | A | Dividend | K | T | Buy | 12/15/10 | K | | |
| 57. Kimberly Clark | A | Dividend | K | T | Buy | 12/15/10 | K | | |
| 58. Suffolk Co. NY Pub. Impt. | A | Interest | K | T | Buy | 04/07/10 | K | | |
| 59. NYS Twy. Auth. St. Pers. | A | Interest | K | T | Buy | 04/07/10 | K | | |
| 60. First Eagle Global CIC | A | Dividend | K | T | Buy | 04/07/10 | K | | |
| 61. First Eagle Fund | A | Dividend | J | T | Buy | 04/07/10 | J | | |
| 62. Blackrock Equity | A | Dividend | K | T | Buy | 04/07/10 | K | | |
| 63. CD Bank of America | A | Interest | J | T | Buy | 04/14/10 | J | | |
| 64. Tri Contl. Corp. | A | Dividend | | | Sold | 04/01/10 | J | | See note in VIII |
| 65. Frontier Communications Corp. (spinoff of Verizon) | A | Dividend | J | T | | 12/07/10 | | | |
| 66. Genon Energy | A | Dividend | J | T | | | | | See note in VIII |
| 67. Centerpoint Energy | A | Dividend | J | T | | | | | See note in VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GLASSER, ISRAEL L. | 05/06/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

64. My Financial Disclosure Report for 2006 reflected that Tri Continental was sold on 12/07/06 by Broker A.
Tri Continental was also held in street name by Broker B.
Having reported its sale in 2006, it was not reported as an asset in 2007, 2008 and 2009 inadvertently overlooking that it was still held by Broker B.
When Broker B advised of its sale in 2010, I pursued the inconsistency and provide this explanation.

66 & 67. Centerpoint, Genon and RRI were not always previously reported. The dizzying sequence of splits and name changes, which I did not keep up with, accounted for it. Below is that sequence as provided to me by[ ] broker.

Judge Glasser:

I looked back over the past 10 years of statements and account activity for[ ] account. Below is a recap of the stocks we discussed (all from the same originating company).

In 1999, Houston Industries changed its name to Reliant Energy. [ ] Reliant Energy (REI) as of the end of 2001.
12/31/01 Holdings: [ ] Reliant Energy (REI)
In 2002, Reliant Energy split into Centerpoint Energy (CNP) and Reliant (RRI)
12/31/02 Holdings: [ ] Centerpoint Energy (CNP) and [ ] Reliant (RRI)
In 2003, Centerpoint Energy (CNP) spun off Texas Genco (TGN). [ ] received [ ] shares of Texas Genco (TGN).
12/31/03 Holdings: [ ] Centerpoint Energy (CNP), [ ] Reliant (RRI) and [ ] Texas Genco (TGN).
In 2004, no changes occurred.
12/31/04 Holdings: [ ] Centerpoint Energy (CNP), [ ] Reliant (RRI), and [ ] Texas Genco (TGN).
In 2005, Centerpoint reacquired Texas Genco for an all-cash purchase. [ ] Texas Genco shares were sold.
12/31/05 Holdings: [ ] Centerpoint Energy (CNP) and [ ] Reliant (RRI).
In 2006, no changes occurred.
12/31/06 Holdings: [ ] Centerpoint Energy (CNP) and [ ] Reliant (RRI).
In 2007, no changes occurred.
12/31/07 Holdings: [ ] Centerpoint Energy (CNP) and [ ] Reliant (RRI).
In 2008, no changes occurred.
12/31/08 Holdings: [ ] Centerpoint Energy (CNP) and [ ] Reliant (RRI).
In 1009, Reliant changed its name to RRI Energy and maintained the symbol RRI.
12/31/09 Holdings: [ ] Centerpoint Energy (CNP) and [ ] RRI Energy (RRI).
In 2010, RRI Energy changed its name to Genon Energy and its symbol to GEN. The amount of shares is the same.
12/31/10 Holdings: [ ] Centerpoint Energy (CNP) and [ ] Genon Energy (GEN).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ ISRAEL L. GLASSER

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544